UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-2254

AARON VAUGHN,
Appellant

v.

CORRECTION OFFICER IMOHOFF, (Pod Officer of F-B Pod from 11/10/16 -
3/15/17); SERGEANT TIKEY, (Sgt. of F-B Pod 6 to 2am shift);
CORRECTION OFFICER GILL; CORRECTION OFFICER CARTER, (Pod Officer of
F-B Pod from 11/10/16 - 3/15/17); LIEUTENANT SCHAMP, (RHU Lt. 2-10pm shift);
CORRECTION OFFICER STECKLY, (Pod Officer of F-B Pod 2-10pm shift);
CORRECTION OFFICER TUSCANO, (Pod Officer of F-B Pod 2-10pm shift);
JOHN DOE, (Co-worker with CO Gill on 11/10/16);
CORRECTION OFFICER W. PEREZ-RAMOS

(W.D. Pa. No. 2-17-cv-00546)


No. 20-2897

ISAAC RAY VAUGHAN, JR.,
Appellant

v.

ALBION SCI; C.O. BOYD, Guard; C.O. WOODS; C.O. CAMRON; C.O. MCINTOSH;
C.O. W. CHRISTOPHER; C.O. ARNOLD;
MR. LANCE, Unit Man.; MS. NORTIN, Counselor; MS. HERMAN;
MS. SNOW, Psych; MS. RICHARDS, Psych; SUPERINTENDENT MICHAEL
CLARK; C.O. MAKENEY; C.O. SEVERO

(W.D. Pa. No. 1-18-cv-00116)

_____

ORDER

_____

Present: CHAGARES, *Chief Judge*, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG and FISHER[*], *Circuit Judges.*

Appellees are directed to file an answer to the petition for rehearing within fourteen (14) days from the date of this order. The answer must comply with the length limitations set forth in Fed. R. App. P. 35(b)(2).

BY THE COURT,

s/ D. Michael Fisher
Circuit Judge

Dated: October 20, 2023
tmk/cc: all counsel of record

---

[*] Judge Fisher's vote is limited to panel rehearing only.